**ORDR**
**GABRIEL L. GRASSO, ESQ.**
State Bar Number 7358
231 South Third Street, Suite 100
Las Vegas, Nevada 89101
(702) 868-8866
Attorneys for CROFT

## UNITED STATES DISTRICT COURT

## IN AND FOR THE STATE OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2:13-cr-00054-RCJ-CWF |
| ) | 2:13-cr-00019-RCJ-CWF |
| vs. ) | |
| ) | ORDER |
| JOSHUA CROFT, ) | |
| ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that, Gabriel L. Grasso, counsel for JOSHUA CROFT ID # 47530048, shall be provided facilities at Nevada Southern Detention Center to review electronic discovery, both in audio and video form, with Joshua Croft before Friday, November 29, 2013.

DATED this 14th day of November, 2013.

                                                                                 /s/ Gabriel L. Grasso
                                                                                 GABRIEL L. GRASSO
                                                                                 Attorney for CROFT

IT IS SO ORDERED:

                                                                                 UNITED STATES DISTRICT JUDGE

DATED: November 15, 2013.